UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:05:cr-171-HDM-VPC |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | |
| SOPHIA FLOWERS, | November 7, 2005 |
| Defendant(s). / | |

PRESENT:  HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk:    Gina Mugnaini        Reporter:  NONE APPEARING
Counsel for Plaintiff(s):        NONE APPEARING
Counsel for Defendant(s):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS XXX:**

A hearing regarding Defendant's Motion for New Counsel (#16) in the above-entitled action is set on the Court's calendar for **Tuesday, November 8, 2005, at 10:00 a.m.**   The presence of the Government is waived.

The parties have been notified telephonically.

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk